**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**KENNETH THERIOT, LINDA THERIOT, TERRY HEBERT AND LISA HEBERT**

**CIVIL ACTION NO.**

**JUDGE**

**VERSUS**

**MAGISTRATE JUDGE**

**CONOCO OIL AND GAS ASSOCIATES LP, CONOCO MID-CONTINENT PROPERTIES INC., AND THE LOUISIANA LAND AND EXPLORATION COMPANY**

**NOTICE OF REMOVAL**

Defendants, The Louisiana Land and Exploration Company Conoco Oil and Gas Associates LP and Conoco Mid-Continent Properties, Inc., (hereafter collectively, "LL&E") hereby give notice of the removal of that civil action entitled, "Kenneth Theriot, Linda Theriot, Terry Hebert and Lisa Hebert versus Conoco Oil and Gas Associates LP, Conoco Mid-Continent Properties Inc., and The Louisiana Land and Exploration Company," No. 160011, Division "C", on the docket of the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana. Copies of all process, pleadings and orders served upon defendant, The Louisiana Land and Exploration Company are attached as Exhibit "A;" copies of all process, pleadings and orders served on Conoco Mid-Continent Properties Inc. are attached as Exhibit "B;" copies of all

pleadings and motions filed by LL&E in the 32nd Judicial District Court for the Parish of Terrebonne are attached as Exhibit "C;" and copies of all orders issued by the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, are attached as Exhibit "D." (As of this date, Conoco Oil and Gas Associates LP has made no appearance and because it has not yet been served with Plaintiffs' Petition for Damages.

1.

On March 5, 2010, the civil action described above was commenced and is presently pending in the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, which court is located within the physical jurisdiction of this Court.

2.

On March 12, 2010, defendants, The Louisiana Land and Exploration Company and Conoco Mid-Continent Properties, Inc. were both served with Citation and Plaintiffs' Petition for Damages, which was their first notice of this lawsuit.

3.

Thirty days in which to answer or remove the case have not expired since receipt by defendants, through service of process or otherwise, of the initial pleadings setting forth a claim for relief upon which Plaintiffs' action is based and thus removal is timely under 28 U.S.C. § 1446(b).

4.

Plaintiffs, Kenneth Theriot, Linda Theriot, Terry Hebert and Lisa Hebert, upon information and belief, are all domiciliaries and citizens of the State of Louisiana.

5.

Defendant, The Louisiana Land and Exploration Company is a corporation organized under the laws of Maryland, with its principal place of business in Houston, Texas.

6.

Defendant, Conoco Mid-Continent Properties Inc., Inc. is a defunct corporation, that, prior to the cessation of its business, had been organized under the laws of the State of Delaware, and had maintained its principal place of business in Houston, Texas.

7.

Defendant, Conoco Oil and Gas Properties LP, is a defunct limited partnership, that, prior to the cessation of its business, had been organized under the laws of the State of Delaware, and had maintained its principal place of business in Houston, Texas. Its sole partner at all relevant times prior to its cessation of business was defendant Conoco Mid-Continent Properties Inc.

8.

Based upon the allegations set forth in the Plaintiffs' petition, and upon information and belief, Terry Hebert's claim for personal injuries exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a). Moreover, although the claims for damages of the remaining plaintiffs, Lisa Hebert, Kenneth Theriot and Linda Theriot do not exceed the jurisdictional minimum of $75,000.00 exclusive of interest and costs, this Court has supplemental jurisdiction over their claims pursuant to 28 U.S.C §1367(a).

9.

There there is complete diversity of citizenship between the Plaintiffs and LL&E. Accordingly, this Court would have had original jurisdiction, pursuant to 28 U.S.C. 1332(a)(1)

(diversity of citizenship and amount in controversy), of this civil action and therefore the Court has removal jurisdiction, pursuant to 28 U.S.C. § 1441(a).

10.

All defendants properly a party to Plaintiffs' claims consent to, hereby join in and hereby effect removal of this action to the United States District Court for the Eastern District of Louisiana.

11.

Thirty days have not elapsed since the receipt by LL&E of service Plaintiffs' Petition, which as set forth above, was defendant's first notice of the pendency of this lawsuit. Thus, removal is timely pursuant to 28 U.S.C. § 1446(b).

12.

Promptly after filing this Notice of Removal, LL&E is serving written notice upon Plaintiffs, and a copy of this Notice of Removal is being filed with the Clerk of the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, to effect removal of this action to this Court, all in conformity with 28 U.S.C. § 1446.

13.

LL&E prays for and is entitled to a trial of this matter by jury.

WHEREFORE, defendants, The Louisiana Land and Exploration Company, Conoco Oil and Gas Associates LP and Conoco Mid-Continent Properties, Inc., (hereafter collectively, "LL&E"), pray that this Notice of Removal be accepted as good and sufficient and that the above-described action be removed from the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana to this Court for trial and determination as provided by law; that

this Court enter such orders and issue such process as may be necessary and proper to bring before it copies of all records and proceedings presently pending in the aforesaid state court suit, and thereupon proceed with this civil action as if originally commenced in this Court; and that this Court enter all necessary and appropriate orders and decrees in accordance with applicable law.

Respectfully submitted,

/s/James D. Bercaw

GEORGE B. JURGENS III, T.A. (7602)
JAMES D. BERCAW (20492)
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue - Suite 4500
New Orleans, LA 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
gjurgens@kingkrebs.com
jbercaw@kingkrebs.com

Attorneys for Defendants, The Louisiana Land and Exploration Company, Conoco Oil and Gas Associates LP and Conoco Mid-Continent Properties, Inc.

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed on this 9th day of April, 2010 with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

/s/James D. Bercaw